Vitacolonna, Appellant, v. Philadelphia.

Argued May 4, 1955. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Daniel Sherman*, with him *Paul Weinblatt*, for appellants.

*L. Irving Tubis*, with him *Romain C. Hassrick*, for appellants.

*James L. Stern*, Deputy City Solicitor, with him *Karl I. Schofield*, Assistant City Solicitor, and *Abraham L. Freedman*, City Solicitor, for appellees.

OPINION PER CURIAM, June 27, 1955:

The Decree of the Court below in each of the above entitled cases is affirmed on the Adjudication of President Judge RAYMOND MACNEILLE; each of the parties to pay their respective costs.